Of Counsel:

LUNG ROSE VOSS & WAGNILD

BRUCE D. VOSS          6532-0
Attorney at Law
A Law Corporation
JAI W. KEEP-BARNES  10787-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184
Email:      *bvoss@legalhawaii.com*
            *jkeep-barnes@legalhawaii.com*

Attorneys for Defendant
GRAY MEDIA GROUP, INC.
dba HAWAII NEWS NOW

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JARED E. APILADO, | CIVIL NO. 1:22-CV-00522 MWJS-RT |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| GRAY MEDIA GROUP, INC., dba HAWAII NEWS NOW; and DOES 1-20, | Judge: Honorable Micah W.J. Smith |
| Defendants. | |
| _____ | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff JARED E. APILADO ("*Plaintiff*") and Defendant GRAY MEDIA GROUP, INC., dba HAWAII NEWS NOW (*Defendant*) by and through their respective counsel that all claims asserted in this litigation as set forth in Plaintiff's Complaint filed December 16, 2022, in the United States District Court for the District of Hawaii as CIVIL NO. 1:22-CV-00522-MWJS-RT are hereby dismissed with prejudice. No parties, claims, counterclaims, crossclaims, or third-party claims remain. Each party agrees to bear their own attorneys' fees and costs.

This stipulation for dismissal is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii and has been signed by counsel for all parties that have appeared in this action.

DATED: Honolulu, Hawaii, May 16, 2024.

> */s/ Shawn A. Luiz*
> SHAWN A. LUIZ
> JOSEPH A. GOMES
> Attorneys for Plaintiff
> JARED E. APILADO

_____

JARED E. APILADO v. GRAY MEDIA GROUP, INC., dba HAWAII NEWS NOW, Case No. 1:22-CV-00522- MWJS-RT- STIPULATION FOR DISMISSAL WITH PREJUDICE

*/s/ Jai W. Keep-Barnes*
BRUCE D. VOSS
JAI KEEP-BARNES
Attorneys for Defendant
GRAY MEDIA GROUP, INC., dba
HAWAII NEWS NOW

APPROVED AS TO FORM:



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

_____

JARED E. APILADO v. GRAY MEDIA GROUP, INC., dba HAWAII NEWS NOW, Case No. 1:22-CV-00522- MWJS-RT- STIPULATION FOR DISMISSAL WITH PREJUDICE